IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**KARMAN JONES**                                                                       **PLAINTIFF**

**v.**                               **Case No. 4:23-cv-00953 KGB**

**BOUNDLESS ENTERPRISES LLC**
**and SCOOTER'S COFFEE LLC**                                              **DEFENDANTS**

## ORDER

Before the Court is the parties' joint stipulation of dismissal (Dkt. No. 18). The stipulation accords with the terms of Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and notes that the dismissal is with prejudice (Dkt. No. 18). For good cause shown, the Court adopts the stipulation of dismissal (*Id.*). The Court denies as moot the pending motion to dismiss (Dkt. No. 6), and the Court dismisses with prejudice the action.

It is so ordered this 26th day of August, 2024.

_____
Kristine G. Baker
Chief United States District Judge